# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2238
Lower Tribunal No. 22-31850-SP-05
_____

**Gary Leman, et al.,**
Appellants,

vs.

**Orit Tal,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.

Solnick Law P.A., and Peter J. Solnick, for appellants.

The Scharf Appellate Group, and Erik W. Scharf, for appellee.

Before FERNANDEZ, MILLER and GOODEN, JJ.

PER CURIAM.

Affirmed. See Fla. R. Civ. P. 1.530(a) ("To preserve for appeal a challenge to the failure of the trial court to make required findings of fact in

the final judgment, a party must raise that issue in a motion for rehearing under this rule."); <u>Schneider v. Tirikian</u>, 397 So. 3d 1070, 1074 (Fla. 3d DCA 2024) ("The key to preservation is whether the trial court had an opportunity to correct the purported error."); <u>Forte v. All Cnty. Towing Inc.</u>, 336 So. 3d 316, 319 (Fla. 4th DCA 2022) ("An award of attorney's fees will be upheld on appeal so long as it is supported by competent, substantial evidence.").